## 55388. WRIGHT v. THE STATE.

SMITH, Judge.

The evidence in this case was more than sufficient to support a verdict of guilty of armed robbery; therefore, the appeal, alleging only general grounds, is meritless.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED MARCH 1, 1978 — DECIDED APRIL 6, 1978.

*Robert C. Ray,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, R. David Petersen, Thomas W. Hayes, Assistant District Attorneys,* for appellee.